## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MADELEINE SLAUGHTER-YOUNG

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

22-465-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated August 16, 2022, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim and REMANDS this action to the 19th Judicial District Court, Parish of East Baton Rouge.

Signed in Baton Rouge, Louisiana, on this 6 day of September, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 11.